952 So.2d 918 (2007)
Juanita THIBODEAUX, et al.
v.
CONOCO PHILLIPS CO., et al.
No. 06-1429.
Court of Appeal of Louisiana, Third Circuit.
March 7, 2007.
*919 Randall A. Smith, Smith & Fawer, L.L.C., New Orleans, LA, for Appellants, Douglas M. Schmidt, Peter Borstell, Law Offices of Douglas M. Schmidt, APLC, Douglas M. Schmidt, APLC.
Allen L. Smith, Jr., Plauche, Smith & Nieset, Lake Charles, LA, for Appellee, Patrick A. Juneau, Jr., Special Master.
Richard F. Zimmerman, Jr., Jennifer A. Hataway, Kantrow, Spaht, Weaver, & Blitzer, Baton Rouge, LA, for Appellees, Plaintiffs' Steering Committee, Robert H. Schmolke, Calvin C. Fayard, Jr., Drew A. Ranier.
Court composed of ULYSSES GENE THIBODEAUX, Chief Judge, OSWALD A. DECUIR, and MICHAEL G. SULLIVAN, Judges.
SULLIVAN, Judge.
For the reasons discussed in the companion case in this consolidated matter, Thibodeaux v. Conoco Phillips Co., 06-1282 (La.App. 3 Cir. 3/7/07), 952 So.2d 912, this appeal is dismissed. Costs of this appeal are assessed to Appellants.
AFFIRMED.